**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2914**

---

CLAUDE F. MOFFITT,

Plaintiff - Appellant,

versus

CITY OF CHARLOTTE, NORTH CAROLINA; TRANSIT
MANAGEMENT OF CHARLOTTE; DAVID HINES; REBECCA
CHERRY; ROBERT WILLIAMS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-92-438-MU)

---

Submitted: December 17, 1996        Decided: January 13, 1997

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Claude F. Moffitt, Appellant Pro Se.  Robert Dennis McDonnell, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' Fed. R. Civ. P. 50(a) motion for judgment as a matter of law in this action alleging a violation of 42 U.S.C. §§ 1985, 1986 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the decision of the district court. <u>Moffitt v. City of Charlotte</u>, No. CA-92-438-MU (W.D.N.C. Sept. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2